FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:21 pm, Oct 06, 2021
JEFFREY P. COLWELL, CLERK

Case No.

UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO
901 19TH Street, Room A105
Denver, Colorado 80294- 3589

CEDRIC GREENE,

Plaintiff,

v.

CVS, INC.,

Defendant.

MOTION FOR LEAVE TO FILE A *PRO SE* ACTION

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

1

TO THE CLERK OF THE COURT:

### 1.

*Cedric Greene* seeks to initiate a *pro se* action in the above court, and is subject to guidelines in order to procced under the *pro se status*.

*Greene's* legal request before the Federal Jurisdiction is presented under the written provisions of Federal Rules of Civil Procedure 7(b)(1).

It's will also be submitted under the guidelines of the 2019 restriction order.

Section 2(A) of the order could not be complied with during the time of legal preparation. We will be in contact with the clerk's office in the near future to comply with that portion of the order.

As to Section 2(B) of the order, it has not be presented to any other State or Federal Court jurisdiction. However, Business Consumer Alliance issued its closing letter on August 10, 2021.

Under Evidence Rule 201(c)(2), we will ask the District of Colorado to take judicial notice and we are supplying the information.

As to Section 2(C) of the order, what we will certify to Colorado officials for processing purposes is that we are against litigating in California.

If Ben Simmons and James Harden can express that they wish to take their talents to other NBA franchises, Greene should be entitled to express his dissatisfaction with litigating as *pro se* in the other state.

Finally, the Court should be aware that this filing is not about presenting claims or substantiating them at this time, it's about obtaining the authorization to litigate in this Court as *pro se*.

### REASONS WHY THE COURT SHOULD TAKE JUDICIAL NOTICE UNDER EVIDENCE RULE 201(c)(2)

**2.**

The Court should take *judicial notice* to the supplied information because it will substantiate Greene's case at a later date if the Court authorize the filing.

We are also in agreement to work with the clerk of the Court in compliance Section 2(A) of the restriction order at a future date, as previously mentioned.

The set forth reason for this submission is authorization to proceed *pro se*. Greene has to comply with the guidelines of the restriction order to the best of his ability.

The ability to fully comply is not permitted at this time until we obtain more information from the clerk's office.

Based upon the above, the Court is not being asked to authorize Greene the filing of the case.

The Court is also being asked to authorize reasonable time to work with the clerk's office for compliance of one portion of the order.

Therefore, a partial filing is being presented at this time in compliance with the *restriction order*. The partial filing should approve the case submission on the other hand.

As to the judicial notice, we supply the information to the court for review reasons. We are hopeful that the review Grants Greene's relief request.

Date: October 5, 2021                                                                 Signature: *Cedric Greene*

A.

## Document from Business Consumer Alliance

From:  Business Consumer Alliance (dispatch@checkbca.org)

To:      cedricgreene33@yahoo.com

Date:  Tuesday, August 10, 2021, 07:02 PM PDT



August 10, 2021

Cedric Greene

Re: Complaint #98952783 - CVS, Inc.

In the absence of any response from the company to this complaint despite our two requests to them, we are closing our file on this complaint.

This unanswered complaint will become part of the information we report to the public on this company for the next three years. Should any government agency request our files on this company, your complaint will be included.

If you have settled this complaint directly with the company, would you please let us know that, as well as any other comments you might have. Your help in doing this is important to ensure that our report to the public on this company is accurate.

Thank you for using Business Consumer Alliance.

Business Consumer Alliance

Follow us on social media:

315 N La Cadena Drive • Post Office Box 970 • Colton, CA 92324-0814
909.825.0490 • 909.825.6246 Fax • info@checkbca.org • www.checkbca.org

**B.**

5



**BUSINESS · CONSUMER ALLIANCE**

COMPLAINT DEPARTMENT
P.O. BOX 970
COLTON, CA 92324
PHONE: (909) 835-6064   FAX: (909) 503-1890

**Reference Information**

| | |
|---|---|
| Company ID: | 100070665 |
| Complaint ID: | 98952783 |
| Open Date: | 7/15/2021 |
| Close Date: | 1/1/0001 |

### Customer Information

Cedric Greene

Phone: (323) 972-9966
Fax:
Email: cedricgreene33@yahoo.com

### Company Information

CVS, Inc.
One CVS Drive
Woonsocket, RI 02895
Phone: (401) 765-1500
Fax:

### Complaint Description - Posted: 07/15/2021

I was once obtaining alerts from CVS- Store 9686, regarding my medication prescriptions and refills. I obtained rude customer service regarding one of the refill pickups during June 2021, and properly reported the situation to CVS Corporate. Since making a report against that store, it has been a continued pattern of neglect from that Store regarding getting my CVS alerts concerning refill matters, nor has their been notification regarding its expire date. This is an issue with CVS that begun during June 2021, and is still ongoing to this date. The matter made its way to the District Leader of CVS, and his response was the problem is occurred within my Phone Carrier, and expressed such negativity on July 14, 2021. My phone carrier issued their response on the exact day, declining the outrageous claims of the CVS District Leader. The Phone Carrier even denied the claims of the CVS District Leader in their text sent to me on the exact date that the District Leader made such ignorant claims against my Wireless Carrier. My Wireless Carrier has never denied or refused to alert me regarding issues with my Wireless Account. My Wireless Carrier is not the type of carrier that would take action against someone's wireless account against their legal consent. The problem is with CVS Pharmacy. CVS Pharmacy is not refilling my medications and alerting me. They are not even alerting me regarding the date of expiration. CVS is performing acts of neglect towards my medical care.

### Customers' Desire Settlement - Posted: 07/15/2021

If CVS does not wish to issue me my medication or work issue fill the prescriptions, their District Leader must place such in writing instead of alleging wrong against my Phone Carrier. The Carrier isn't the issue. The Store alleged some sort of glitch in their system. Those are ignorant claims. They are not sending alerts to me like they once did. They are giving me every indication that they are against serving me. It has to be addressed in writing if such is the case.

### Company's Response - Posted:

### Consumer's Rebuttal - Posted On:

### Company's Final Response - Posted:

### Additional Information

| | |
|---|---|
| Primary Complaint Type: | |
| Date Problem First Occurred: | |
| Date Purchased: | |
| Product or Service: | |
| Model Name or Number: | |
| Invoice Number: | |
| Amount Paid: | |
| Status: | Requires Response |
| Response Term: | |